1  JOHN P. KRISTENSEN (SBN 224132)
2  DAVID L. WEISBERG (SBN 211675)
3  CHRISTINA M. LE (SBN 237697)
   **KRISTENSEN WEISBERG, LLP**
4  12540 Beatrice Street, Suite 200
5  Los Angeles, California 90066
   Telephone:  310-507-7924
6  Fax:  310-507-7906
7  *john@kristensenlaw.com*
   *david@kristensenlaw.com*
8  *christina@kristensenlaw.com*

9
   *Attorneys for Plaintiff and all others similarly*
10 *situated*

11           **THE UNITED STATES DISTRICT COURT**

12      **CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

13 ADRIAN BACON, on behalf of            ) Case No.: 8:17-cv-00378-DOC-DFM
   himself and all others similarly      )
14 situated,                             )
                                         ) **CLASS ACTION**
15                                       )
          Plaintiff,                     ) **NOTICE OF SETTLEMENT**
16                                       )
                                         )
17        vs.                            )
                                         )
18                                       )
   BOX-N-GO, LLC, a California           )
19 limited liability company; and        )
   SIGNPOST, INC., a Delaware            )
20 corporation; and DOES 1 through       )
   50, inclusive, and each of them,      )
21                                       )
                                         )
22        Defendants.                    )
                                         )
23                                       )
                                         )
24 _____        )

25

26

27

28

**NOTICE OF SETTLEMENT**
**-1-**

**TO THIS HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

The undersigned, counsel of record for Plaintiff ADRIAN BACON, hereby gives notice that this case has been settled against Defendants BOX-N-GO, LLC and SIGNPOST, INC. The settlement is conditional and based upon the execution of the settlement agreement and other acts. A Notice of Voluntary Dismissal with Prejudice as to Plaintiff ADRIAN BACON's individual claims, and Without Prejudice as to the Putative Class Claims, will be filed within 45 days, or otherwise at such further time as may be ordered by this Court.

The initial pleading in this action was filed in the United States District Court for the Central District of California on March 2, 2017.

Dated: February 8, 2018          Respectfully submitted,

By: */s/ John P. Kristensen*
John P. Kristensen (SBN 224132)
*john@kristensenlaw.com*
David L. Weisberg (SBN 211675)
*david@kristensenlaw.com*
Christina M. Le (SBN 237697)
*christina@kristensenlaw.com*
**KRISTENSEN WEISBERG, LLP**
12540 Beatrice Street, Suite 200
Los Angeles, California 90066

*Attorney for Plaintiff and all others similarly situated*